**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FROMEN

Plaintiff,

-against-

LAM

Defendant.

26-cv-217 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Defendant's answer was due June 24, 2026 and is now overdue. Defendant is

ORDERED to file an answer or otherwise respond by July 2, 2026. The Parties are also ordered

to file a joint status report with the status of settlement by July 1, 2026.

**SO ORDERED.**

Dated:   June 26, 2026
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**